1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  BRANDON RACKLIFFE,                          CASE NO. 1:07-cv-00603-AWI-DLB PC

10                          Plaintiff,          ORDER FINDING SERVICE OF COMPLAINT
                                                APPROPRIATE, AND DIRECTING PLAINTIFF
11        v.                                    TO EFFECT SERVICE OF PROCESS WITHIN
                                                ONE-HUNDRED TWENTY DAYS
12  C.O. ROCHA, et al.,
                                                (Doc. 1)
13                          Defendants.
                                        /
14

15  I.        Order Directing Plaintiff to Initiate Service of Process

16        Plaintiff Brandon Rackliffe ("plaintiff") is a state prisoner proceeding pro se in this civil

17  rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 20, 2007.  The

18  Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that Plaintiff's

19  complaint states a cognizable claim for relief under section 1983 against Defendants Rocha and

20  Medina ("Defendants") for use of excessive physical force, in violation of the Eighth

21  Amendment.

22        Plaintiff paid the filing fee in full for initiating this action.  Because Plaintiff is not

23  proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and

24  complaint on Defendants Rocha and Medina.  The Clerk of the Court will be directed to issue

25  two summonses to Plaintiff for the purpose of service of process.  Fed. R. Civ. P. 4.

26        Plaintiff shall complete service of process in accordance with Federal Rule of Civil

27  Procedure 4 within one-hundred twenty (120) days from the date of service of this order.

28  ///

1

1  Plaintiff shall serve a copy of this order on each defendant together with a copy of the summons

2  and complaint.  The following two sections contain instructions on how to serve Defendants.

3         A.     <u>Waiver of Service</u>

4         Pursuant to Rule 4(d)(2), Plaintiff may (but is not required to) notify Defendants Rocha

5  and Medina of the commencement of this action and request that they waive service of the

6  summons.  Fed. R. Civ. P. 4(d)(2).  If Plaintiff wishes to do this, he must mail each defendant (1)

7  the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the

8  form entitled "Waiver of Service of Summons," and (3) a copy of the complaint.  The documents

9  must be addressed directly to each defendant (<u>not the Attorney General's Office</u>) and must be

10  dispatched (mailed) through first-class mail.  The Waiver Service of Summons form must set

11  forth the date on which the request is sent and must allow each defendant at least thirty (30) days

12  in which to return the waiver to Plaintiff.  If Defendants sign and return the waiver forms to

13  Plaintiff, Plaintiff must then file the forms with the Court.  After filing the forms with the Court,

14  Plaintiff need not take any further steps to serve Defendants.  Fed. R. Civ. P. 4(d)(4).

15         B.     <u>Personal Service</u>

16         If either (1) Plaintiff does not wish to request Defendants to waive service <u>or</u> (2) one or

17  more of the defendants fail to return the Waiver of Service of Summons form to Plaintiff,

18  Plaintiff must have personal service effected on Defendants.  Each defendant must be personally

19  served with a summons and copy of the complaint, along with a copy of this order.  <u>Plaintiff may</u>

20  <u>not effect personal service himself</u>.  Fed. R. Civ. P. 4(c).  <u>Service may be effected by any person</u>

21  <u>who is not a party to this action and who is at least eighteen years old</u>.  <u>Id</u>.  The Court will

22  provide Plaintiff with

23  a copy of Rule 4 along with this order.  Plaintiff should review Rule 4(e)(2), which addresses

24  how personal service may be effected.

25         C.     <u>Conclusion</u>

26         In accordance with the above, IT IS HEREBY ORDERED that:

27         1.     The Clerk of the Court is directed to issue and send Plaintiff two (2) summonses.

28         2.     The Clerk is further directed to send Plaintiff:

a)      One (1) copy of the complaint filed April 20, 2007;

b)      One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

c)      One (1) copy of the form entitled "Waiver of Service;"

d)      One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

e)      One (1) copy of Rule 4 of the Federal Rules of Civil Procedure

3.      Plaintiff shall complete service of process on Defendants Rocha and Medina within **one-hundred twenty (120) days** from the date of service of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendants at the time of service of the summons and complaint.

4.      Plaintiff's failure to timely complete service of the complaint on Defendants Rocha and Medina may result in dismissal of this action.  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:**   **November 20, 2007**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE