UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | 1:07-cv-00603-AWI-DLB-P |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| C.O. ROCHA, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff, Brandon Rackliffe ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On December 27, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations and a motion for

1

1 | leave to file an amended complaint.
2 |      Good cause appearing, the Findings and Recommendations
3 | issued November 27, 2007 are HEREBY VACATED and plaintiff is
4 | granted 30 days in which to file an amended complaint.
5 |    IT IS SO ORDERED.
6 |    Dated:   **January 24, 2008**            /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE