# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROCHA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00603-AWI DLB PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 11) |

Plaintiff Brandon Rackliffe("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. Plaintiff filed this action on April 20, 2007. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that service is appropriate.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

　　1.　　Service shall be initiated on the following defendants:

　　　　　　　　ROCHA

　　　　　　　　MEDINA

　　2.　　The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a

---

[1] In a Findings and Recommendations issued October 6, 2008, the Court recommended dismissal of Plaintiff's claims for violation of the Fourth and Fourteenth Amendments, as well as plaintiff's official capacity claims and claims for equitable relief.

1

copy of the amended complaint filed February 25, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed amended complaint filed February 25, 2008

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 9, 2009**              /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE