UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>             Plaintiff,<br><br>      v.<br><br>ROCHA, et al.,<br><br>             Defendants.<br>_____ / | CASE NO. 1:07-cv-00603-AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 32 and 33) |

Plaintiff Brandon Rackliffe ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 19, 2009, the Magistrate Judge filed a Findings and Recommendations that recommended Plaintiff's motion for a preliminary injunction be denied. The Findings and Recommendations were served on Plaintiff at the addressed provided by Plaintiff. The Findings and Recommendations contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The court cannot issue an order concerning Plaintiff's current conditions of confinement at the Fresno County Jail because

1

this action concerns the alleged excessive use of force by Defendants at Kern Valley State Prison.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 19, 2009, is adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed on June 16, 2009, is denied.

IT IS SO ORDERED.

**Dated:   October 4, 2009**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE