# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | CASE NO. 1:07-CV-00603-AWI-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOCS. 40, 48) |
| ROCHA, et al., | DEFENDANTS' RESPONSE DUE WITHIN 20 DAYS |
| Defendants. | |

Plaintiff Brandon Rackliffe ("Plaintiff") is a prisoner in the custody of the Fresno County Jail. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Rocha and Medina for violation of the Eighth Amendment. Pending before the Court is Plaintiff's motion to compel, filed July 1, 2010. Defendant Rocha filed an opposition to this motion on July 20, 2010. (Doc. 48.) Defense counsel contends that Defendant Medina was never served with the complaint, and thus does not have to respond to Plaintiff's discovery requests. (*Id.*) However, both Defendant Rocha and Medina filed an answer to Plaintiff's complaint on October 31, 2009, with defense counsel representing both individuals. (Doc. 40.) Thus, there appears to be a violation of Federal Rule of Civil Procedure 11(b).

Accordingly, Defendant is HEREBY ORDERED to show cause within twenty days from the date of service of this order why sanctions should not be imposed. Failure to timely respond or to show cause may result in the imposition of sanctions or other just order.

IT IS SO ORDERED.

Dated:   **October 1, 2010**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1