1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8   BRANDON RACKLIFFE,

9                    Plaintiff,

10        v.

11   ROCHA, et al.,

12                    Defendants.

13   _____/

14

CASE NO. 1:07-CV-00603-AWI-DLB PC

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL WITH LEAVE TO FILE
AMENDED MOTION WITHIN THIRTY
DAYS

(DOC. 46, 48)

15        Brandon Rackliffe ("Plaintiff") is a prisoner currently detained in Fresno County Jail.

16   Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action

17   is proceeding against Defendants Rocha and Medina for violation of the Eighth Amendment.  On

18   July 1, 2010, Plaintiff filed his motion to compel further response to Plaintiff's discovery

19   requests from Defendants.  Pl.'s Mot. Compel, Doc. 46.  On July 20, 2010, Defendant Rocha

20   filed his opposition.  Doc. 48.

21        The Court has reviewed Plaintiff's motion to compel.  Plaintiff submits his Requests for

22   Admission, Interrogatories, and Requests for Production of Documents, which Plaintiff contends

23   Defendants did not adequately respond to.  However, Plaintiff does not state with specificity

24   which of Defendants' responses were inadequate.  The Court is disinclined to guess as to which

25   discovery requests Plaintiff seeks further responses.

26        Defendants also did not file a full opposition to Plaintiff's motion to compel, failing to

27   respond to Plaintiff's discovery requests as to Defendant Medina until recently.  *See* Michael A.

28   Terhorst Decl., filed Nov. 17, 2010, Doc. 52.

1

1    Thus, the Court will grant Plaintiff leave to file an amended motion to compel.  Plaintiff

2  is to list with specificity which responses Plaintiff finds inadequate and why.  Defendants will

3  then have twenty-one days after the date of service of the motion to compel in which they may

4  file any opposition.  Plaintiff will then have ten days after the date of service of Defendants'

5  opposition in which to file a reply.

6    Accordingly, it is HEREBY ORDERED that:

7    1.    Plaintiff's motion to compel, filed July 1, 2010, is DENIED without prejudice;

8    2.    Plaintiff is GRANTED thirty (30) days from the date of service of this order in

9        which to file an amended motion to compel, as stated herein;

10    3.    Defendants are GRANTED twenty-one (21) days from the date of service of

11        Plaintiff's motion to compel in which to file an opposition, if any;

12    4.    Plaintiff is GRANTED ten (10) days from the date of service of Defendants'

13        opposition to file a reply; and

14    5.    If Plaintiff does not timely file a motion to compel as stated herein, the Court will

15        construe Plaintiff as waiving any motion to compel.

16    IT IS SO ORDERED.

17  **Dated:    February 1, 2011**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2