# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>            Plaintiff,<br><br>    v.<br><br>P. ROCHA, et al.,<br><br>            Defendants. | CASE NO. 1:07-cv-00603-MJS PC<br><br>**ORDER SETTING TRIAL DATE**<br><br>Jury Trial: May 14, 2013 at 8:30 a.m. in Courtroom 6 (MJS)<br><br>Motion in Limine Deadline: April 23, 2013<br>Opposition Deadline: May 2, 2013<br><br>All Other Deadlines: May 6, 2013<br><br>**ORDER REGARDING MONEY ORDERS**<br><br>**ORDER RESOLVING DEFENDANTS' MOTION FOR CLARIFICATION** (ECF No. 125) |

Plaintiff Brandon W. Rackliffe ("Plaintiff") is a prisoner in the custody of the California Department of Correction and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's First Amended Complaint against Defendants Rocha and Medina for excessive force in violation of the Eighth Amendment.

On March 1, 2013, a telephonic pretrial conference was held before the undersigned with all parties present. Based on the matters discussed on the record, it is HEREBY ORDERED that:

1. This matter is set for jury trial on **May 14, 2013** at **8:30 a.m.** in Courtroom 6 before the Honorable Michael J. Seng;

2. The deadline for filing motions in limine is **April, 23, 2013**. A motion in

1

1     limine hearing will be held on the day of trial, **May 14, 2013** at **8:30 a.m.**;

2     3.    The deadline for filing opposition to the motions in limine is **May 2, 2013**;

3     4.    The deadline for submitting all other documents listed in the Court's Pretrial Order is **May 6, 2013**;

5     5.    The Clerk of the Court is directed to send all of Plaintiff's money orders pertaining to this action to the following address:

Brandon W. Rackliffe

c/o C. Wallace Coppock

1014 Hopper Avenue # 425

Santa Rosa, CA 95403

6.    Plaintiff's deadline for filing an opposition to Defendants' Motion to Dismiss, filed January 24, 2013, is **March 11, 2013**. Defendants are provided **seven (7) days** from the date of service of Plaintiff's opposition to serve and file their reply, if any;

7.    Defendants' motion for clarification, filed February 19, 2013, is resolved pursuant to the Court's March 1, 2013 telephonic pretrial conference, on the record.

Except as modified herein, all other provisions of the Court's January 16, 2013 Pretrial Order remain in full force and effect as stated therein.

IT IS SO ORDERED.

Dated:   March 1, 2013         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE