UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | CASE NO. 1:07-cv-00603-MJS PC |
| Plaintiff, | ORDER WITHDRAWING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JAMES ARTHUR McMANN |
| v. | |
| CORRECTIONAL OFFICER ROCHA, et al., | (ECF No. 145) |
| Defendants. | |

Plaintiff Brandon Rackliffe ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 20, 2007.

This action proceeds on Plaintiff's amended complaint, filed February 25, 2008, against Defendants Rocha and Medina for use of excessive physical force in violation of the Eighth Amendment of the United States Constitution. (ECF No. 11.) Plaintiff's claim arises from an incident which occurred on July 26, 2006, at Kern Valley State Prison in Delano, California. Jury trial in the matter is scheduled to commence on May 14, 2013. (ECF No. 135.)

On April 19, 2013, the Court issued a Writ of Habeas Corpus ad Testificandum to James Arthur McMann. (ECF No. 145.) Inmate McMann has since indicated that he is unwilling to testify in this matter. Accordingly, with the concurrence of Plaintiff's counsel

of record, the Court hereby ORDERS that the Writ of Habeas Corpus ad Testificandum is WITHDRAWN.

IT IS SO ORDERED.

Dated:   May 7, 2013                                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE