# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROCHA, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv-00603-MJS PC<br><br>ORDER STRIKING MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 148, 149, 158) |

    Plaintiff Brandon Rackliffe ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 20, 2007.

    This action proceeds on Plaintiff's amended complaint, filed February 25, 2008, against Defendants Rocha and Medina for use of excessive physical force in violation of the Eighth Amendment of the United States Constitution. (ECF No. 11.) Plaintiff's claim arises from an incident which occurred on July 26, 2006, at Kern Valley State Prison in Delano, California. The jury trial in the matter is schedule to commence on May 14, 2013 (ECF No. 135), although a motion to continue is pending.

    Counsel for Plaintiff filed a notice of appearance on May 1, 2013. (ECF No. 147.) On that same day, Plaintiff himself filed two motions: 1) a motion to supplement discovery (ECF No. 148) and 2) a motion directing defendants to prove the existence of an attorney-client relationship (ECF No. 149). On May 6, 2013, Plaintiff filed a motion for in camera review of defendants' personnel records. (ECF No. 158.) None of these motions were filed by Plaintiff's trial counsel or signed by Plaintiff's trial counsel.

Pursuant to Local Rule 131(b), "[a]ll pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them. . .." Since Plaintiff's motions were not signed by his attorney they must be stricken.

Accordingly, the Court hereby ORDERS that Plaintiff's motions filed after his counsel filed a notice of appearance (ECF Nos. 147, 149, 158) be STRICKEN.

IT IS SO ORDERED.

Dated: May 9, 2013                    /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE