UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | CASE NO. 1:07-cv-00603-MJS PC |
| Plaintiff, | ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRANDON RACKLIFFE AND SERGIO GARCIA |
| v. | |
| CORRECTIONAL OFFICER ROCHA, et al., | (ECF Nos. 143, 144) |
| Defendants. | |

Plaintiff Brandon Rackliffe ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 20, 2007.

This action proceeds on Plaintiff's amended complaint, filed February 25, 2008, against Defendants Rocha and Medina for use of excessive physical force in violation of the Eighth Amendment of the United States Constitution. (ECF No. 11.) Plaintiff's claim arises from an incident which occurred on July 26, 2006, at Kern Valley State Prison in Delano, California.

Jury trial in the matter has been continued from May 14, 2013 to July 24, 2013. (ECF No. 166.)

On April 19, 2013, the Court issued Writs of Habeas Corpus ad Testificandum for Brandon Rackliffe and Sergio Garcia. (ECF Nos. 143, 144.) Since trial in this matter has

1

been continued to July 24, 2013, the Writs of Habeas Corpus ad Testificandum (id.) are VACATED.

IT IS SO ORDERED.

Dated:     May 10, 2013                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE