# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCHA, et al.<br><br>    Defendants. | Case No.  1:07-cv-0603-MJS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COURT CLOTHING<br><br>ECF NO. 176 |

    Plaintiff Brandon Rackliffe ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 20, 2007.

    This action proceeds on Plaintiff's amended complaint, filed February 25, 2008, against Defendants Rocha and Medina for use of excessive physical force in violation of the Eighth Amendment of the United States Constitution.  (ECF No. 11.)  Plaintiff's claim arises from an incident which occurred on July 26, 2006, at Kern Valley State Prison in Delano, California.  Jury trial in the matter is schedule to commence on July 16, 2013. (ECF No. 170.)

    Plaintiff has filed an ex parte application for an order allowing him to wear appropriate courtroom attire to his trial.

    Accordingly, it is hereby ORDERED that:

    1. Plaintiff's motion for his family to be permitted to send him appropriate

courtroom attire is granted, subject to compliance with security concerns of the California Department of Corrections and Rehabilitation;

2. Plaintiff's counsel will deliver the clothing to the litigation coordinator at Valley State Prison in Chowchilla, California; and

3. The Clerk of the Court is directed to fax a copy of this order to the litigation coordinator at Valley State Prison.

IT IS SO ORDERED.

Dated:  July 10, 2013                             /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE