FILED

JUL 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | CASE NO. 1:07-cv-00603-MJS -PC |
| Plaintiff, | NOTICE AND ORDER THAT SERGIO GARCIA #C31778, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| OFFICER ROCHA, | |

Jury trial in this matter commenced on September 30, 2009. Inmate witness **Sergio Garcia, CDC# C-31778**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 7/16/13

_____
MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1