

FILED
JUL 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE, | CASE NO. 1:07-cv-00603-MJS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JULY 17, 2013, AT 8:00 A.M. |
| v. | |
| OFFICER ROCHA, | |
| Defendants. | |

Plaintiff Brandon Rackliffe # V-23754, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, July 17, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 7/16/13

_____
MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1