

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>            Plaintiff,<br><br>v.<br><br>OFFICER ROCHA, | CASE NO. 1:07-cv-00603-MJS -PC<br><br>NOTICE AND ORDER THAT BRANDON RACKLIFFE # V-23754, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 16, 2013. Inmate Brandon Rackliffe # V-23754, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 7/17/13

_____
MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1