# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCHA, et al.<br><br>　　　　Defendants. | Case No.  1:07-cv-0603-MJS<br><br>ORDER TO RETURN WITNESS FEES TO PLAINTIFF |

Plaintiff Brandon Rackliffe ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 20, 2007.

This action proceeds on Plaintiff's amended complaint, filed February 25, 2008, against Defendants Rocha and Medina for use of excessive physical force in violation of the Eighth Amendment of the United States Constitution.  (ECF No. 11.)  Jury trial in the matter commenced on July 16, 2013, and concluded on July 17, 2013.

On April 12, 2013, the Court, at Plaintiff's request, issued a subpoena for D. Peters.  Plaintiff submitted a money order to cover D. Peters appearance fee.  D. Peters did not appear as a witness at Plaintiff's trial.

Accordingly, the Clerk of the Court is ORDERED to return to Plaintiff, by way of Plaintiff's counsel of record, the money order Plaintiff submitted to cover D. Peters'

witness appearance fee.

IT IS SO ORDERED.

Dated:   July 18, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE